**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 JUNWEN JIANG,

                          Plaintiff,

        -against-                                25 **CIVIL** 2434 (CS)

                                                                  <u>**JUDGMENT**</u>

JP MORGAN CHASE BANK, N.A.,

                          Defendant.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 12, 2026, Plaintiff's claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       June 15, 2026

                                            **TAMMI M. HELLWIG**
                                       _____
                                             **Clerk of Court**

                    **BY:**           K. mango

                                             _____
                                              **Deputy Clerk**